# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SHALONDA MOLLETTE, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOE N. BROWN, DECEASED,<br>Appellant,<br>vs.<br>GNL, CORP., A NEVADA CORPORATION; AND THYSSENKRUPP ELEVATOR CORP., A FOREIGN CORPORATION,<br>Respondents. | No. 80581<br><br>**FILED**<br><br>AUG 3 0 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |
| SHALONDA MOLLETTE, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOE N. BROWN, DECEASED,<br>Appellant,<br>vs.<br>GNL, CORP., A NEVADA CORPORATION; AND THYSSENKRUPP ELEVATOR CORP., A FOREIGN CORPORATION,<br>Respondents. | No. 81151 |

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of these appeals is granted. These appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-27176

cc: Hon. Joanna Kishner, District Judge
Israel Kunin, Settlement Judge
Iqbal Law, PLLC
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC/Las Vegas
Eighth District Court Clerk